IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HUDSON INSURANCE COMPANY,      )
                               )
     Plaintiff,                )
                               )          CIVIL ACTION NO.
     v.                        )            2:17cv605-MHT
                               )                 (WO)
BARBIE LAJOY SPRAGGINS,        )
CASEY MARIE WILKES, and        )
ALEXANDER JACK RUSSELL,        )
                               )
     Defendants.               )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Pursuant to the stipulation of dismissal (doc. no. 17), all claims against defendants Casey Marie Wilkes and Alexander Jack Russell are dismissed without prejudice, with costs taxed as paid.

(2) All claims against defendant Barbie Lajoy Spraggins are dismissed without prejudice for failure to effect service.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of December, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**